PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-BAM |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS COUNT TWO OF THE COMPLAINT AND ORDER |
| v. | |
| BASSIL DACOSTA, CAMILO ALARCON, and MICHELLE PARADA, | |
| Defendants. | |

The United States of America, by and through its counsel, hereby moves for dismissal without prejudice of Count Two in the Complaint in 1:24-mj-000121-EPG against Bassil DACOSTA, Camilo ALARCON, and Michelle PARADA, said count having not been included in the Indictment filed against them in 1:24-cr-00265-KES-BAM.

Dated: November 7, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ Robert L. Veneman-Hughes*
Robert L. Veneman-Hughes
Justin J. Gilio
Assistant United States Attorney

MOTION TO DISMISS AND ORDER

**O R D E R**

IT IS SO ORDERED.

Dated:   November 8, 2024

_____
UNITED STATES DISTRICT JUDGE