ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-BAM |
| Plaintiff, | STIPULATION AND ORDER TO RESET SENTENCING |
| v. | |
| FRANCISCO MARIN ILBACA, | |
| Defendants. | |

**STIPULATION**

1.     By previous order, this matter was set for sentencing on June 8, 2026.

2.     Defendant requires additional time to prepare objections for sentencing. The parties have agreed to reset sentencing for June 29, 2026.  Probation has been consulted and has no objection to the new date.

3.     No exclusion of time is required as this matter concerns sentencing.

IT IS SO STIPULATED.

STIPULATION; ORDER

1

Dated:  May 11, 2026

ERIC GRANT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated:  May 11, 2026

/s/ Victor Manuel Chavez
Victor Manuel Chavez
Counsel for Defendant
Francisco Antonio Marin Ilabaca

## ORDER

IT IS SO ORDERED that sentencing hearing be **reset for June 29, 2026, at 9:30AM** before the Honorable Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:    May 11, 2026

_____
UNITED STATES DISTRICT JUDGE

STIPULATION; ORDER

2