ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-EPG |
| Plaintiff, | U.S. SENTENCING MEMORANDUM |
| v. | |
| FRANCISCO MARIN ILBACA, | |
| Defendant. | |

The United States of America recommends a low-end sentence of 24 months for defendant MARIN ILBACA, consistent with the plea agreement.

## I.       Defendant's formal objections

Defendant objects to the guidelines calculation involving a fraudulent scheme. The Government agrees with Defendant that this offense did not involve a common-law fraud scheme, and thus the enhancement does not squarely apply to the conduct in this case.

## II.      A low end sentence is appropriate

The Government believes a low-end sentence of 24 months is the appropriate sentence in this case. While the defendant has a Chilean criminal history as well as efforts to avoid law enforcement in this country, PSR ¶ 60-62, his criminal history remains limited. And unlike other members of the conspiracy, he joined the conspiracy towards the end of the many charged thefts. Consequently, when

SENTENCING MEMORANDUM                                        1

balancing his conduct, the Government recommends a low end sentence.

Dated:  June 23, 2026

ERIC GRANT
United States Attorney

By:  /s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys

SENTENCING MEMORANDUM

2